1  CENTER FOR DISABILITY ACCESS
2  Raymond Ballister Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff NEHEMIAH KONG

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 | NEHEMIAH KONG,                              ) Case No.: 8:20-CV-01380-FMO-JDE
11 |           Plaintiff,                        ) **NOTICE OF SETTLEMENT AND**
12 |                                             ) **REQUEST TO VACATE ALL**
   |     v.                                      ) **CURRENTLY SET DATES**
13 |                                             )
14 | JASPREET SINGH, in individual and            )
   | representative capacity as Trustee of The   )
15 | Jaspreet Singh Revocable Living Trust;      )
   | SEPTEMBER KAUR, in individual and           )
16 | representative capacity as Trustee of The   )
   | Jaspreet Singh Revocable Living Trust;      )
17 | HANWANT BIR SINGH, in individual and        )
18 | representative capacity as Trustee of The   )
   | Hanwant Bir Singh Revocable Living          )
19 | Trust; KULBIR KAUR, in individual and       )
   | representative capacity as Trustee of The   )
20 | Hanwant Bir Singh Revocable Living          )
21 | Trust; and Does 1-10,                       )
                                                 )
22 |           Defendants.                       )

23

24       The plaintiff hereby notifies the court that a global settlement has been reached in
25 the above-captioned case and the parties would like to avoid any additional expense,
26 and to further the interests of judicial economy.

27

28

Notice of Settlement                    -1-                       8:20-CV-01380-FMO-JDE

1  The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
2  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
3  parties, will be filed within 60 days.

5  Dated:                                    CENTER FOR DISABILITY ACCESS

7                                      By: /s/Amanda Seabock
8                                          Amanda Seabock
                                            Attorney for Plaintiff